JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUZ ZENDEJAS,

                Plaintiff,

      v.

TRO COMPANY LLC, et al.,

                Defendants.

Case No.  CV 24-4454-GW-PVCx

**ORDER TO DISMISS WITH PREJUDICE**

     Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

     Each party shall bear their own attorneys' fees and costs.

     IT IS SO ORDERED.

Dated: September 13, 2024

_____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE